AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

---- OFFENSE CHARGED ----

Count One: 18 U.S.C. § 661 - Theft within Special Maritime and Territorial Jurisdiction - (Class A Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: Count One: Imprisonment: Max. 1 year; Supervised Release: Max. 1 year; Fine: Max. $100,000; Mandatory Special Assessment Fee: $25

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

---- DEFENDANT - U.S ----

▶ Jeffrey Miller

DISTRICT COURT NUMBER

CR 16 48

MAG

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

---- PROCEEDING ----

Name of Complainant Agency, or Person (& Title, if any)
U.S. Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form  BRIAN J. STRETCH
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  WILLIAM J. EDELMAN

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address: _____

Date/Time: _____   Before Judge: _____

Comments:

BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

WILLIAM EDELMAN (CABN 285177))
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    william.edelman@usdoj.gov

Attorneys for the United States of America

FILED
2016 FEB -5  A 10: 22
CLERK, SUSAN Y. SOONG
U.S. DISTRICT COURT
NO. DIST. OF CA.

MAG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 16 48

| UNITED STATES OF AMERICA, | ) CASE NO. |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATIONS: 18 U.S.C. § 661 – Theft Within Special Maritime and Territorial Jurisdiction (Class A Misdemeanor) |
| JEFFREY MILLER, | ) |
| Defendant. | ) |

## INFORMATION

The Acting United States Attorney charges:

COUNT ONE: (18 U.S.C. § 661 – Theft Within Special Maritime and Territorial Jurisdiction)

On or about July 6, 2015, in the Northern District of California, and within the special maritime and territorial jurisdiction of the United States, that is, the Presidio of San Francisco, the defendant,

JEFFREY MILLER,

did take and carry away, with intent to steal and purloin, various items of clothing and a backpack worth

INFORMATION

$321.90 in total, property of the Sports Basement, in violation of Title 18, United States Code, Section 661, a Class A Misdemeanor.

DATED: 2/5/2016

BRIAN J. STRETCH
Acting United States Attorney

/s/ KEVIN BARRY
KEVIN BARRY
Chief, General Crimes

(Approved as to form: /s/ William Edelman )
WILLIAM J. EDELMAN
Special Assistant United States Attorney

INFORMATION